**IT IS SO ORDERED.**

**Dated:  01:04 PM  May 26 2011**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1102476
JJR

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

IN RE:                                          Case No. 11-50906

Anthony L. Konopinski                           Chapter 7
Angela R. Konopinski
                                                Judge Shea-Stonum
                Debtors

**ORDER FOR RELIEF FROM STAY AND ABANDONMENT OF U.S. BANK, N.A. PROPERTY LOCATED AT (9601 GUILFORD ROAD, SEVILLE, OH 44273)**

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A..

Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion.  Trustee Kathryn Belfance filed a response to said Motion which

has subsequently been withdrawn.  For these reasons, it is appropriate to grant the relief and abandonment o the property located at 9601 Guilford Road, Seville, OH 44273.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

###

**SUBMITTED BY:**

/s/ Kerri N Bruckner
Kerri N Bruckner, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0074024
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3277
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Kathryn A. Belfance - Trustee
1 Cascade Plaza 15th Floor
Akron, OH 44308
kb@rlbllp.com
VIA ELECTRONIC SERVICE

Kerri N Bruckner, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Hawkins and Company, LLC - Creditor
1767 West 9th Street
Suite 500
Cleveland, OH 44113
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Anthony L. Konopinski - Debtor
7521 Wadsworth Road
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Angela R. Konopinski - Debtor
7521 Wadsworth Road
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Medina County Treasurer - Creditor
144 North Broadway
Medina, OH 44256
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

State of Ohio, Department of Taxation - Creditor
E. Gay Street, 21st Floor
C/o Ohio Attorney General Revenue Recovery 150
Columbus, OH 43215
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Guy E Tweed, II Esq. - Attorney for Debtors
4141 Rockside Road
Suite 230
Seven Hills, OH 44131
tweedlaw@ameritech.net
VIA ELECTRONIC SERVICE

Us Bank - Creditor
P.O. Box 5227
Cincinnati, OH 45201
ORDINARY U.S. MAIL, POSTAGE PRE-PAID